NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOMENTA PHARMACEUTICALS, INC., SANDOZ INC.,**
*Plaintiffs-Appellants,*

v.

**TEVA PHARMACEUTICALS USA INC,**
*Defendant-Appellee.*

---

2014-1274, -1277

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:10-cv-12079-NMG, Judge Nathaniel M. Gorton.

- - - - - - - - - - - - - - - - - - - -

**MOMENTA PHARMACEUTICALS, INC., SANDOZ INC.,**
*Plaintiffs-Appellants,*

v.

**AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., ACTAVIS, INC., ACTAVIS PHARMA, INC., FKA WATSON PHARMA, INC.,**
*Defendants-Appellees.*

2 MOMENTA PHARMACEUTICALS, INC. v. TEVA PHARMACEUTICALS

---

2014-1276, -1278

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:11-cv-11681-NMG, Judge Nathaniel M. Gorton.

---

**O R D E R**

The court, sua sponte, removes these appeals from the March 6, 2015 oral argument calendar. Oral argument will be rescheduled for a later date to be determined by the clerk.

FOR THE COURT

<u>January 22, 2015</u>　　　/s/ Daniel E. O'Toole
　　　Date　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　Clerk of Court