NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOMENTA PHARMACEUTICALS, INC., SANDOZ INC.,**
*Plaintiffs-Appellants*

v.

**TEVA PHARMACEUTICALS USA INC.,**
*Defendant-Appellee*

---

2014-1274, 2014-1277

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:10-cv-12079-NMG, Judge Nathaniel M. Gorton.

-----------------------------------------------------------

**MOMENTA PHARMACEUTICALS, INC., SANDOZ INC.,**
*Plaintiffs-Appellants*

v.

**AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., ACTAVIS, INC., ACTAVIS PHARMA, INC., FKA WATSON PHARMA, INC.,**
*Defendants-Appellees*

2               MOMENTA PHARMACEUTICALS, INC. v. TEVA
                            PHARMACEUTICALS

---

2014-1276, 2014-1278

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:11-cv-11681-NMG, Judge Nathaniel M. Gorton.

---

Before DYK, MOORE, and WALLACH, *Circuit Judges.*

PER CURIAM.

# O R D E R

The court invites the Attorney General to present the views of the United States as amicus curiae on the statutory interpretation issues raised in these cases within 45 days of this Order, including the meaning of the statute's "submission" and "solely" language and also including whether performing a process and retaining process records after initial FDA approval for the purposes of demonstrating compliance with FDA requirements is protected by the safe harbor of § 271(e)(1) if that activity also has a commercial purpose.

FOR THE COURT

May 7, 2015          /s/ Daniel E. O'Toole
   Date              Daniel E. O'Toole
                     Clerk of Court